S.D.N.Y. – N.Y.C.
21-md-3010
21-cv-6870
21-cv-7045
Castel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty-four.

Present:
> Eunice C. Lee,
> Beth Robinson,
> Maria Araújo Kahn,
> > *Circuit Judges*.

| | |
|---|---|
| In re Google Digital Advertising Antitrust Litigation. | 24-874, 24-875 |

The above-captioned appeals are consolidated for purposes of this order.

The Appellants in both appeals move, under Federal Rule of Appellate Procedure 12.1, for remand of their cases to district court in order to obtain rulings on Appellants' Federal Rule of Civil Procedure 60(b)(6) motions. Upon due consideration, it is hereby ORDERED that the motions are GRANTED and both cases are remanded to the district court for further proceedings.

The Court will retain jurisdiction over the appeals docketed under 2d Cir. 24-874 and 2d Cir. 24-875. *See* Fed. R. App. P. 12.1(b) (allowing remand after an indicative ruling and retaining jurisdiction in court of appeals). The parties must promptly notify the Court when the district court has ruled on the Rule 60(b)(6) motions and whether the appeals should be dismissed at that time.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court